

**FILED**

03/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0344

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0344

FILED

MAR 07 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

A.R.,

A Youth in Need of Care.

O R D E R

___

Counsel for the appellant father of A.R. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The father was granted time to file a response. Although the father did not file a response with this Court, the Office of the Attorney General has forwarded to this Court an unsigned, unserved document that it received that purports to be from the father. The State's Notice of Filing, along with the document it received, has been filed by the Clerk.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the father's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant father personally.

DATED this 7 day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices